IN THE SUPREME COURT OF TEXAS

 No. 06-0754

 IN RE BOTTLING GROUP, L.L.C. D/B/A PEPSI BOTTLING GROUP OR PEPSI-COLA
 BOTTLING GROUP AND NEW BERN TRANSPORT CORP, F/K/A NB TRANSPORT, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed August 28, 2006, is
granted. The order dated July 27, 2006, in Cause No. 342-192667-02,
styled James Crawford and Tina Crawford v. Bottling Group, L.L.C. d/b/a
Pepsi Bottling Group or Pepsi-Cola Bottling Group and New Bern Transport
Corp., f/k/a NB Transport, Inc., in the 342nd District Court of Tarrant
County, Texas, is stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., September 12, 2006.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this August 28, 2006.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk